UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DINA HAMER,

                    Plaintiff,

    v.                                        No. 07-CV-710
                                                       (LEK/DRH)

UNITED STATES POST OFFICE,
SPACE 292A, COLONIE CENTER, NEW YORK,

                    Defendant.

---

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

**ORDERED** that:

1. The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within sixty (60) days of the date of the filing of this order upon a showing that the settlement was not consummated;

2. The dismissal of the above captioned case shall become **with prejudice** on the sixty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within sixty (60) days of the date of the filing of this order upon a showing that the settlement was not consummated; and

3. The Clerk shall forthwith serve by electronic mail or regular mail copies of this Judgment upon the parties appearing in this action.

**IT IS SO ORDERED.**

DATED: November 26, 2007
       Albany, New York

Lawrence E. Kahn
U.S. District Judge